COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| KELLY ANN GERATH and SCOTT C. YOUNG, | § § | No. 08-21-00171-CV |
| Appellants, | § | Appeal from the |
| v. | § | County Court at Law No. 1 |
| GENCO FEDERAL CREDIT UNION, | § | of McLennan County, Texas |
| Appellee. | § § | (TC# 20200431CV1) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. It appearing to this Court that Appellants are indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF NOVEMBER, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.